IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE DILLE FAMILY TRUST,**<br>            Plaintiff, | **CIVIL ACTION** |
| v. | |
| **THE NOWLAN FAMILY TRUST,**<br>            Defendant. | **NO. 15-6231** |
| **THE NOWLAN FAMILY TRUST,**<br>            Plaintiff, | **MISCELLANEOUS ACTION** |
| v. | |
| **HERMAN & GEER COMMUNICATIONS, INC.,**<br>            Defendant. | **NO. 16-214** |

## O R D E R

**AND NOW**, this 14th day of December, 2016, **IT IS ORDERED** that the Clerk of Court shall consolidate the above reference two (2) actions under Civil Action No. 15-6231 *The Dille Family Trust v. The Nowlan Family Trust.* All future filings shall be made under Civil Action No. 15-6231.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** Miscellaneous Action No. 16-214.

BY THE COURT:

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**